IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>      Plaintiff,<br><br>  v.<br><br>THE SAN FRANCISCO RESIDENTIAL<br>RENT STABILIZATION AND<br>ARBITRATION BOARD,<br><br>      Defendant.<br>_____/ | No. Misc. 07-80039 CRB<br><br>**ORDER** |

      By Order filed February 15, 2006, the United States District Court for the Northern District of California declared plaintiff Vance S. Elliot a vexatious litigant. He is required to obtain leave of court before filing any new complaints. On January 8, 2007, plaintiff attempted to file five new actions with the Court; in each he seeks to proceed *in forma pauperis*. The Court denied plaintiff leave to proceed in all five cases. In particular, in 07-80001, plaintiff sought to challenge the new "visitors policy" of the San Francisco Residential Rent Stabilization and Arbitration Board. The Court denied him leave to file this action because he purported to bring it pursuant to a criminal statute.

      On January 24, 2007, plaintiff filed two new actions. In this action he repleads his challenge to the visitors policy, but this time alleges that such policy violates his civil rights; the Court construes this claim to be one under 42 U.S.C. section 1983.

1  Plaintiff is GRANTED leave to proceed in Misc. 07-80039.  This Order should not be
2 perceived as granting plaintiff's application to proceed *in forma pauperis*; that is a matter for
3 the judge assigned to this case to decide.
4  **IT IS SO ORDERED.**

Dated: February 1, 2007



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE